IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, N.A.,      )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:11cv584-MHT
                             )              (WO)
HUMPHREY LUMBER CORPORATION  )
and STEVEN J. HUMPHREY,      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo Bank, N.A.'s motion for summary judgment (Doc. No. 13) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Humphrey Lumber Corporation and Steven J. Humphrey.

(3) Plaintiff Wells Fargo Bank, N.A. shall have and recover from defendants Humphrey Lumber Corporation and Steven J. Humphrey, jointly and severally, the sum of

$ 467,449.53 in damages, which represents the principal due, interest as of November 1, 2011, and applicable late fees. Defendants Humphrey Lumber Corporation and Steven J. Humphrey are also jointly and severally liable for prejudgment and postjudgment interest and the reasonable expenses actually incurred by plaintiff Wells Fargo Bank, N.A. in enforcing its rights under the promissory note and unconditional guaranty.

It is further ORDERED that costs are taxed against defendants Humphrey Lumber Corporation and Steven J. Humphrey, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of December, 2011.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE